## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 2, 2017

_____

### RESPONSE REQUESTED
_____

No.  17-1946,      <u>G.Russell Warnick v. Richard Arrowsmith</u>
                   3:16-cv-00876-JAG

TO:   Craig Thomas Merritt
      Richard Scott Kanowitz
      David Brendan Lacy
      Cullen D. Speckhart

RESPONSE DUE: 10/12/2017

Response is required to the motion to file statement of issues and record designations out of time on or before 10/12/2017.

Tony Webb, Deputy Clerk
804-916-2702